# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **WILLIE PAUL BEVERLY** | **CIVIL ACTION NO. 08-1145** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN ROBERT TAPPIN, SR., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff Willie Paul Beverly's ("Beverly") motion for an entry of default against Defendants [Doc. No. 19].

Beverly contends that Defendants were served by the United States Marshal with a copy of his complaint and summons on September 9, 2008, but have failed to answer or otherwise defend. However, there is no evidence that Defendants have been "served" within the meaning of Rule 4 of the Federal Rules of Civil Procedure. Beverly's Complaint is being screened in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A. The Magistrate Judge has recommended that Beverly's Complaint be dismissed with prejudice. *See* [Doc. No. 17]. If the Court declines to adopt the Report and Recommendation and rules that there are no grounds for dismissal pursuant to 28 U.S.C. § 1915A(b), the Court will order service of process on Defendants. Accordingly,

IT IS HEREBY ORDERED that the motion is DENIED.

MONROE, LOUISIANA, this 21st day of November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE