U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 09 2009
ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIE PAUL BEVERLY | CIVIL ACTION NO. 08-1145 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN ROBERT TAPIN, SR., ET AL. | MAG. JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 17], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation in the record [Doc. No. 27],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Willie Paul Beverly's ("Beverly") civil rights complaints [Doc. Nos. 1 & 12] are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B). For the same reasons, IT IS FURTHER ORDERED that Beverly's request for a preliminary injunction [Doc. No. 14] is DENIED.

IT IS FURTHER ORDERED that Beverly's Motion for Appointment of Counsel [Doc. No. 7] is DENIED.

MONROE, LOUISIANA, this 9 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE